

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-11-00304-CV

Bradley L. **CROFT**,
Appellant

v.

**AMS SA MANAGEMENT, LLC**, dba Association Management Services,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2009-CI-15857
Honorable Peter A. Sakai, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, this appeal is DISMISSED. Costs of appeal are assessed against the party that incurred them.

SIGNED September 9, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice